UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:17-CR-8-2-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| BROOK ANNE WHITE | |

On this date, the court conducted a hearing on defendant's motion for a hearing to determine the mental competency of defendant pursuant to 18 U.S.C. § 4241. As stated in open court, the motion is ALLOWED. It is ORDERED that:

1. Defendant be examined by at least one qualified psychiatrist or psychologist under the provisions of 18 U.S.C. § 4241 to determine whether she is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense;

2. The examining psychiatrist or psychologist shall prepare a written report containing the information designated in 18 U.S.C. § 4247(c). The report shall be filed under seal with the court and copies served on counsel for defendant and the United States Attorney as provided by 18 U.S.C. § 4247(c);

3. Pursuant to 18 U.S.C. § 4247(b), defendant is hereby committed to the custody of the Attorney General for a period of 30 days from the date of this order. The study ordered herein shall be completed and the report shall be filed within 30 days from the date of this order;

4. Defendant be transferred to a Bureau of Prisons-Federal Medical Center as soon as possible and, unless impracticable, the examination shall be conducted in the suitable facility closest to the court;

5. This matter is set for hearing pursuant to 18 U.S.C. §§ 4241(c) and 4247(d) at 10:00 am, 11 December 2017, Courtroom 2, United State Courthouse and Federal Building, 310 New Bern Avenue, Raleigh, North Carolina;

6. Defendant's motion to seal is ALLOWED; and,

7. The period of delay occasioned hereby shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A), (1)(D).

This 30 October 2017.

_____
W. Earl Britt
Senior U.S. District Judge