UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Brook Anne White                      Docket No. 2:17-CR-8-2BR

**Petition for Action on Supervised Release**

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brook Anne White, who, upon an earlier plea of guilty to Conspiracy to Manufacture, Distribute, Dispense, and Possess With Intent to Distribute a Quantity of Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 24, 2018, to time served. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 3 years.

Brook Anne White was released from custody on May 24, 2018, at which time the term of supervised release commenced.

On June 13, 2018, a Violation Report was submitted to the court advising that on May 31, 2018, the defendant submitted to an instant urine screen which tested positive for amphetamine and methamphetamine. The national laboratory confirmed the results on June 6, 2018. White subsequently admitted to using amphetamine and methamphetamine three days prior to May 31, 2018. The defendant was ultimately continued under supervision without modification inasmuch as she was participating in the Surprise Urinalysis Program (SUP) and in intensive outpatient treatment with PORT Health in Elizabeth City, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

White failed to report for an office visit with the undersigned probation officer on July 5, 2018. She also failed to submit a urine specimen pursuant to SUP on July 9, 2018. Additionally, on July 11, 2018, during an unannounced home visit, the defendant submitted to an instant urine screen which tested positive for opiates and amphetamines. Prior to collection of the urine specimen, White admitted to using opium and amphetamines three days prior to July 11, 2018. She provided a written statement acknowledging her drug use. With regard to her failure to report for the above-noted office visit and urine specimen collection, White acknowledged that she should have contacted the undersigned probation officer if she was unable to report as instructed.

In response to the violations, it is respectfully recommended the defendant be ordered to abide by a curfew with electronic monitoring for a period of 30 days. White signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Brook Anne White
Docket No. 2:17-CR-8-2BR
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: July 17, 2018 |

**ORDER OF THE COURT**

Considered and ordered this 17 day of July , 2018, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge